# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

136433

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN ENVIRONMENTAL
COUNCIL and PUBLIC INTEREST
RESEARCH GROUP,
   Appellants,

v

             SC: 136433
             COA: 264860
             MPSC: U-013917
MICHIGAN PUBLIC SERVICE
COMMISSION and CONSUMERS
ENERGY COMPANY,
    Appellees.

_____/

   On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008

_____
Clerk